IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| WILLIAM F. TREBAS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GUILD MORTGAGE COMPANY, ALLY BANK, A UTAH CORPORATION, GMAC CAPITAL TRUST 1, and DOES 1 through 10 inclusive, <br><br> Defendants. | CV 17–113–M–DLC–JCL <br><br> ORDER |

United States Magistrate Judge Jeremiah C. Lynch entered his Order and Findings and Recommendations (Doc. 56) in this case on July 31, 2018, recommending summary judgment in favor of Defendant Ally Bank and the dismissal of this action. (Doc. 56 at 12.) By failing to timely object to the Findings and Recommendations, Plaintiff William F. Trebas, Jr. waived the right to de novo review of the record. 28 U.S.C. § 636(b)(1). The Court will therefore review the record for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Reviewing for clear error and finding none,

IT IS ORDERED Judge Lynch's Order and Findings and Recommendations (Doc. 56) are ADOPTED IN FULL. Defendant Ally Bank's Motion for Summary Judgment (Doc. 47) is GRANTED and this action is DISMISSED.

DATED this 22nd day of August, 2018.

Dana L. Christensen, Chief Judge
United States District Court