UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WILLIAM F. TREBAS JR., <br><br> Plaintiff, <br><br> vs. <br><br> ALLY BANK, <br><br> Defendant. | Case No. CV-17-113-M-DLC <br><br> JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Defendant Ally Bank's Motion for Summary Judgment is GRANTED and this action is DISMISSED.

      Dated this 22nd day of August, 2018.

                            TYLER P. GILMAN, CLERK

                            By: /s/ A. Puhrmann
                            A. Puhrmann, Deputy Clerk